UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

M.D. Raffi Barsoumian,
                               Plaintiff,

                                                                                                  **Hon. Hugh B. Scott**

                                  v.                                               06CV831S

                                                                                                 **Order**


University of Buffalo et al.,
                               Defendant.
_____

Before the Court is a motion on behalf of plaintiff, Raffi Barsoumian, M.D. ("Barsoumian") to compel discovery from defendant University Medical Resident Services P.C. ("UMRS") (Docket No. 54). The plaintiff asserts that UMRS has failed to respond to a request for the production of documents served on or about April 27, 2009. The defendant states that UMRS is a paper corporation which serves as a pass-through organization to facilitate the medical residency program at the State University of New York at Buffalo Medical School (the "Medical School"). Because the Medical School does not operate its own "teaching hospital," UMRS was created to serve as a middleman between the Medical School and the various local hospital where medical students are placed for residencies. UMRS is the official employer of the residents, but does little more than issue paychecks to the residents. All residency supervision is conducted by the Medical School and the affiliated hospitals.

In its November 12, 2009 response to the instant motion, UMRS maintains that the Medical School has now produced a significant amount of documents in response to the plaintiff's discovery request. UMRS maintains that other than the actual employment agreement

1

and payroll records, UMPC has few documents relating to the plaintiff. UMRS has agreed to produce any records in its possession which were not already included in the production by the Medical School. (Docket No. 62 at ¶ 8).

The motion to compel is granted. UMRS shall respond to the plaintiff's document demand, as proposed, within 20 days of the date of this order.

So Ordered.

/s/ Hugh B. Scott
United States Magistrate Judge
Western District of New York

Buffalo, New York
January 7, 2010