Exhibit A

Raffi Barsoumian          05229.101

| Atty/Staff | # Hours | Hrly Rate | Total |
|---|---|---|---|
| **2005** | | | |
| Andrew Fleming | 13.3 | 175.00 | 2327.50 |
| **2006** | | | |
| Andrew Fleming | 10.25 | 175.00 | 1793.50 |
| **2007** | | | |
| Andrew Fleming | 2.7 | 175.00 | 472.50 |
| Christen Pierrot | 27.1 | 125.00 | 3387.50 |
| Tiffany Kopacz | 0.25 | 125.00 | 31.25 |
| **2008** | | | |
| Andrew Fleming | 0.4 | 175.00 | 70.00 |
| Christen Pierrot | 0.75 | 125.00 | 93.75 |
| Tiffany Kopacz | 0.5 | 125.00 | 62.50 |
| Law Clerk | 7.5 | 75.00 | 562.50 |
| **2009** | | | |
| Andrew Fleming | 3.5 | 175.00 | 612.50 |
| Christen Pierrot | 16.25 | 125.00 | 2031.25 |
| Christen Pierrot | 11.45 | 150.00 | 1717.50 |
| Coriann Carson | 0.8 | 75.00 | 60.00 |
| Law Clerk | 1.8 | 75.00 | 135.00 |
| **2010** | | | |
| Andrew Fleming | 43.1 | 175.00 | 7544.50 |
| Andrew Fleming | 6.55 | 200.00 | 1303.75 |
| Christen Pierrot | 49.8 | 150.00 | 7470.00 |
| Christen Pierrot | 91.97 | 165.00 | 15175.05 |
| Brent Salevsky | 0.5 | 165.00 | 82.50 |
| Coriann Carson | 2.3 | 85.00 | 195.50 |
| Maria Dolan | 1.1 | 85.00 | 93.50 |
| Lynn Kozakiewicz | 5.85 | 75.00 | 438.75 |
| Lynn Kozakiewicz | 13.5 | 85.00 | 1147.50 |
| **2012** | | | |
| Andrew Fleming | 0.2 | 175.00 | 35.00 |
| Andrew Fleming | 3.7 | 250.00 | 925.00 |
| Andrew Fleming | 3.55 | 275.00 | 976.25 |
| Christen Pierrot | 0.9 | 165.00 | 148.50 |
| Christen Pierrot | 50.87 | 175.00 | 9410.13 |
| Christen Pierrot | 7.75 | 150.00 | 1162.50 |
| Christen Pierrot | 16.5 | 200.00 | 3300.00 |
| Brent Salevsky | 3.8 | 150.00 | 570.00 |

**TOTALS**

| Hours | Rate | |
|---|---|---|
| 15.95 | @75 | 1196.25 |
| 16.9 | @85 | 1436.50 |
| 44.85 | @125 | 5606.25 |
| 84.1 | @150 | 12615.00 |
| 93.37 | @165 | 15406.05 |
| 124.32 | @175 | 22265.63 |
| 32.65 | @200 | 6523.75 |
| 3.7 | @250 | 925.00 |
| 4.55 | @275 | 1251.25 |
| 420.39 | | 67225.68 |

| 2013 | | | |
|---|---|---|---|
| Andrew Fleming | 1 | 275.00 | 275.00 |
| Christen Pierrot | 9.6 | 200.00 | 1920.00 |
| Lisa Poch | 11.3 | 150.00 | 1695.00 |
| | 420.39 | | 67225.68 |

## TOTALS

| | |
|---|---|
| Andrew Fleming | 16335.50 |
| Christen Pierrot | 45816.18 |
| Tiffany Kopacz | 93.75 |
| Lisa Poch | 1695.00 |
| Brent Salevsky | 652.50 |
| Law Clerk | 697.50 |
| Maria Dolan | 93.50 |
| Coriann Carson | 255.50 |
| Lynn Kozakiewicz | 1586.25 |
| | 67225.68 |

## EXPENSES

| | |
|---|---|
| 2007 | 605.00 |
| 2009 | 10.49 |
| 2010 | 2434.45 |
| 2012 | 513.10 |
| 2013 | 1162.50 |
| | 4725.54 |

| 0 | 71951.22 |
|---|---|

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York 14075
Tel: (716) 648-3030

Page 1
January 15, 2007
Client No. 05229
Matter No. 101
Invoice No. 6

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

## Invoice

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 11/07/06 | CAP | Draft Order to Show Cause | .30 | |
| 11/09/06 | CAP | Review and analyze file | .40 | |
| 11/09/06 | CAP | Review and revise Complaint | .60 | |
| 11/09/06 | CAP | Review and revise Complaint | .40 | |
| 11/09/06 | CAP | Draft plaintiff affidavit in support of order to show cause | .80 | |
| 11/09/06 | CAP | Draft order to show cause | .50 | |
| 11/13/06 | CAP | Review and revise Complaint, Affidavit, OTSC, etc. for client's review | .50 | |
| 11/27/06 | APF | Travel to Court for meeting w/Clerk re getting Show Cause Order signed | 1.10 | |
| 12/28/06 | APF | Review and respond to e-mail from client | .10 | |
| | | For services rendered | | $647.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 3.50 | 437.50 |
| Andrew P. Fleming | 1.20 | 210.00 |
| Total | | $647.50 |

| Date | Expenses | Amount |
|------|----------|--------|
| 11/17/06 | Erie County Clerk's Office - index # & RJI filing fee | 305.00 |
| 1/02/07 | Doug DiFilippo - process service re S&C -OTSC - 12/8/06 | 150.00 |
| | Total expenses | $455.00 |
| | Total invoice amount | $1,102.50 |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
January 15, 2007
Client No. 05229
Matter No. 101
Invoice No. 6

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| | |
|---|---:|
| Previous unpaid balance as of 1/15/07 | 1,286.25 |
| Balance due | $2,388.75 |

Thank you for your last payment in the amount of $507.50 received on 5/19/06.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
April 30, 2007
Client No. 05229
Matter No. 101
Invoice No. 7

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 1/19/07 | APF | E-mail from client; conf w/CAP; e-mail to client | .10 | |
| 1/22/07 | APF | Meeting with client | 1.00 | |
| 1/29/07 | CAP | Review and analyze Defendants' motion to dismiss and Research legal precedent and case law regarding issues raised therein | 2.70 | |
| 3/07/07 | TMK | Office conference with cap re: court of claims practice | .25 | |
| 3/07/07 | CAP | Review and analyze file and motion to dismiss, prep memo of law outline and memo to APF re: same | .80 | |
| 3/07/07 | CAP | Conference with TMK regarding Court of Claims causes of action against SUNY | .25 | |
| 3/09/07 | CAP | Draft memo of law | .50 | |
| 3/19/07 | CAP | Review and revise memo of law and forward to client for update | .70 | |
| 3/26/07 | CAP | Review and revise pleadings in opposition to defendants' motions to dismiss | 2.30 | |
| 3/26/07 | CAP | Draft APF affirmation | .50 | |
| 3/27/07 | APF | Review and revise motion opposition papers | .40 | |
| 3/27/07 | CAP | Review and revise documents | .30 | |
| 3/27/07 | CAP | Review and revise plaintiff's affidavit in support of motion for preliminary injunction, notices of motions, and affidavit in support of motion for expedited relief | .80 | |
| 3/28/07 | CAP | Review and revise affidavits to final for APF review on motion for injunction | .25 | |
| 3/28/07 | CAP | Complete drafting of motion documents and assemble same, with exhibits, for filing | 3.60 | |
| 4/20/07 | CAP | Forward documents to client for his records/review | .20 | |
| 4/23/07 | CAP | Review and analyze UMRS response/reply | .60 | |

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
April 30, 2007
Client No. 05229
Matter No. 101
Invoice No. 7

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 4/24/07 | CAP | Review and analyze Defendants' motions and Review and revise Plaintiff's response to same | 3.70 | |
| 4/25/07 | CAP | Draft attorney affirmation and Review and revise same | 1.90 | |
| 4/25/07 | CAP | Review and revise Memorandum of Law | 2.30 | |
| 4/27/07 | CAP | Telephone conference with client [No Charge} | .20 | |
| 4/27/07 | CAP | Telephone conference with client to prep for oral argument [No Charge] | .50 | |
| 4/27/07 | CAP | Prepare for oral argument | .70 | |
| 4/27/07 | CAP | Prep for oral argument | 1.30 | |
| | | For services rendered | | $3,218.75 |

## Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 24.10 | 2,925.00 |
| Andrew P. Fleming | 1.50 | 262.50 |
| Tiffany M. Kopacz | .25 | 31.25 |
| Total | | $3,218.75 |

| Date | Expenses | Amount |
|------|----------|--------|
| 1/12/07 | Process service Charge - Douglas DiFilippo - 5 S&C & OSC | 150.00 |
| | Total expenses | $150.00 |
| | Total invoice amount | $3,368.75 |

Thank you for your last payment in the amount of $1,500.00 received on 4/13/07.

**Chiacchia & Fleming, LLP**
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
April 30, 2007
Client No. 05229
Matter No. 101
Invoice No. 7

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

\*\*\*PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Page 1
June 13, 2007
Client No. 05229
Matter No. 101
Invoice No. 8

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 5/01/07 | CAP | Review E-mail from client  and respond to same | .20 | |
| 5/16/07 | CAP | Review E-mail from client  and respond to same [No Charge] | .10 | |
| | | For services rendered | | $25.00 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | .30 | 25.00 |
| Total | | $25.00 |

| | |
|---|---|
| Total invoice amount | $25.00 |
| Previous unpaid balance as of 6/13/07 | 1,257.50 |
| Balance due | $1,282.50 |

Thank you for your last payment in the amount of $2,000.00 received on 5/23/07.


\*\*\*PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075

Tel:  (716) 648-3030

Page 1
January 9, 2008
Client No. 05229
Matter No. 101
Invoice No. 9

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 8/08/07 | CAP | Conference with TMK regarding state claims and court of claims act | .25 | |
| 9/19/07 | CAP | Telephone conference with client regarding status of decision | .25 | |
| 12/12/07 | LC | reviewed K and affiliation agreements; consulted w/ friend who has experience w/ medical K; talked to CAP | 1.00 | |
| 12/17/07 | APF | Telephone conference with client re strategy & status | .20 | |
| 12/19/07 | APF | Telephone conference with Judge Skretny's Court Room Deputy/Clerk; prep. e-mail to client | .20 | |
| | | For services rendered | | $207.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | .50 | 62.50 |
| Andrew P. Fleming | .40 | 70.00 |
| Law Clerk | 1.00 | 75.00 |
| Total | | $207.50 |

| | | |
|---|---|---|
| Total invoice amount | | $207.50 |

Thank you for your last payment in the amount of $500.00 received on 10/26/07.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Page 1
May 8, 2008
Client No. 05229
Matter No. 101
Invoice No. 10

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 1/09/08 | LC | preparation of TMK's affidavit in support of petition for permission to file late claim against UB SMBS | 1.00 | |
| 1/09/08 | TMK | Office conference with LC re: motion papers | .20 | |
| 1/13/08 | LC | Reviewed file; read declarations of Drs. Berger and Hassett, outlined elements of plaintiff's Affidavit of Merit. | 1.50 | |
| 1/15/08 | LC | conference with TMK on motion, attachment of 2-21-2006 letter as affirmation exhibit, inclusion of additional exhibits and additional argument that Defendant UB SMBS failed to move to dismiss on forum grounds | 1.50 | |
| 1/23/08 | LC | conference with TMK re proposed claim; additions to same; assembled exhibit packets for motion and proposed claim | 1.50 | |
| 1/23/08 | TMK | Office conference with LC re: draft documents | .30 | |
| 2/01/08 | CAP | Draft letter to Kaleida re: legal defense for Raffi in Wolf lawsuit | .25 | |
| 2/20/08 | LC | Supplemented and edited memo of law for court of claims application; pulled cases for same | 1.00 | |
| | | For services rendered | | $581.25 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | .25 | 31.25 |
| Tiffany M. Kopacz | .50 | 62.50 |
| Law Clerk | 6.50 | 487.50 |
| Total | | $581.25 |

Total invoice amount                   $581.25

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Page 2
May 8, 2008
Client No. 05229
Matter No. 101
Invoice No. 10

U.B. Residency Issue

Thank you for your last payment in the amount of $200.00 received on 3/28/08.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

### Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
February 3, 2009
Client No. 05229
Matter No. 101
Invoice No. 11

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

### Invoice

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 12/03/08 | APF | Telephone conference with client re strategy & status | .20 | |
| 12/18/08 | APF | Review and revise Client's letter to Skretny | .20 | |
| 1/21/09 | APF | Analyze documents received from client; prep. e-mail to him | .30 | |
| 1/22/09 | APF | Review and revise Client's letter to the other attorneys | .40 | |
| 1/27/09 | APF | Review and respond to e-mail from client | .10 | |
| | | For services rendered | | $210.00 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Andrew P. Fleming | 1.20 | 210.00 |
| Total | | $210.00 |

| | |
|---|---|
| Total invoice amount | $210.00 |
| Previous unpaid balance as of 2/3/09 | 571.25 |
| Balance due | $781.25 |

Thank you for your last payment in the amount of $200.00 received on 3/28/08.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
March 3, 2009
Client No. 05229
Matter No. 101
Invoice No. 12

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

## Invoice

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 2/03/09 | CAP | Telephone conference with client regarding needed document | .20 | |
| 2/03/09 | CAP | Locate and email document to client | .20 | |
| 2/09/09 | APF | Telephone conference with opposing attorney | .20 | |
| 2/16/09 | APF | Draft letter to client | .20 | |
| | | For services rendered | | $120.00 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | .40 | 50.00 |
| Andrew P. Fleming | .40 | 70.00 |
| Total | | $120.00 |

| | |
|---|---|
| Total invoice amount | $120.00 |
| Previous unpaid balance as of 3/3/09 | 781.25 |
| Balance due | $901.25 |

Thank you for your last payment in the amount of $200.00 received on 3/28/08.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
May 7, 2009
Client No. 05229
Matter No. 101
Invoice No. 13

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

## Invoice

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 3/12/09 | CAP | Telephone conference with client regarding status of case | .20 | |
| 3/12/09 | CAP | Review and analyze Decision and Order on motion for Preliminary Injunction | .20 | |
| 3/23/09 | CAP | Telephone conference with client regarding status of his case [no charge] | .20 | |
| 4/20/09 | CEB | Draft disc demands | .80 | |
| 4/24/09 | CAP | Review and revise discovery demands | .80 | |
| 4/27/09 | CAP | Review and revise document demand to final and email same to client | 1.70 | |
| 4/27/09 | CAP | Telephone conference with client regarding demands [no charge] | .20 | |
| | | For services rendered | | $422.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 3.30 | 362.50 |
| Cori Bolt | .80 | 60.00 |
| Total | | $422.50 |

| | |
|---|---|
| Total invoice amount | $422.50 |
| Previous unpaid balance as of 5/7/09 | 901.25 |
| Balance due | $1,323.75 |

Thank you for your last payment in the amount of $200.00 received on 3/28/08.

## Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
May 7, 2009
Client No. 05229
Matter No. 101
Invoice No. 13

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

 ***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
November 3, 2009
Client No. 05229

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Matter No. 101
Invoice No. 14

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 7/07/09 | CAP | Prepare and appear for scheduling conference (opposing counsel, Delia Cadle, was an hour late) | 2.30 | |
| 7/07/09 | CAP | Draft email to APF and client regarding scheduling conference [No Charge] | .20 | |
| 7/20/09 | CAP | Review and sign EBT notices for Hassett and Berger; and discovery status | .25 | |
| 8/03/09 | CAP | Review and revise discovery demands | .30 | |
| 8/13/09 | CAP | Telephone conference with client | .20 | |
| 8/24/09 | CAP | Telephone conference with Krista Gottlieb re: mediation | .25 | |
| 9/03/09 | CAP | Review and revise discovery requests | .35 | |
| 9/24/09 | CAP | Draft mediation memorandum, assemble exhibits, review pleadings for same, in preparation for same, etc. | 2.60 | |
| 9/24/09 | CAP | Review and respond to email correspondence from mediator | .20 | |
| 10/07/09 | CAP | Prepare for, travel to/from, and appear for mediation session | 3.60 | |
| 10/09/09 | CAP | Conference with client | .25 | |
| 10/13/09 | APF | Review and respond to E-mail from  Cadle w/e-mails to other attorneys and client | .20 | |
| 10/15/09 | LC | Drafted Motion to opt out of Mediation with accompanying attorney affidavit in support of same. | 1.80 | |
| 10/22/09 | CAP | Meeting with client | 1.25 | |
| 10/22/09 | APF | Conference with client. | 1.25 | |
| 10/24/09 | CAP | Review and revise motion to opt out of mediation to final for APF's review | .50 | |
| 10/24/09 | CAP | Review and revise motion to compel discovery | .30 | |
| 10/27/09 | CAP | Telephone conference with Krista Gottlieb regarding mediation | .30 | |
| 10/27/09 | CAP | Review E-mail from client  and draft email to Krista Gottlieb | .30 | |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075

Tel:  (716) 648-3030

Page 2
November 3, 2009
Client No. 05229
Matter No. 101
Invoice No. 14

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 10/29/09 | APF | Telephone conference with Mediator; prep. e-mail to client re same | .25 | |
| | | For services rendered | | $2,051.25 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 13.15 | 1,618.75 |
| Andrew P. Fleming | 1.70 | 297.50 |
| Law Clerk | 1.80 | 135.00 |
| Total | | $2,051.25 |

| Date | Expenses | Amount |
|------|----------|--------|
| 7/08/09 | Pacer research charge | .88 |
| 8/05/09 | Postage Charges | 5.95 |
| 9/04/09 | Postage | 3.66 |
| | Total expenses | $10.49 |
| | Total invoice amount | $2,061.74 |

Thank you for your last payment in the amount of $1,500.00 received on 8/7/09.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Page 1
December 7, 2009
Client No. 05229
Matter No. 101
Invoice No. 15

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 11/05/09 | CAP | Prepare mediation information for mediator | .40 | |
| 11/09/09 | CAP | Review E-mail from client | .80 | |
| 11/17/09 | CAP | Telephone conference with Krista Gottlieb | .25 | |
| 11/25/09 | CAP | Review and analyze documents in preparation for mediation | 1.30 | |
| 11/25/09 | CAP | Prepare for, travel to/from and appear for mediation with client | 8.50 | |
| 11/25/09 | APF | Office conference with CAP re outcome and strategies | .20 | |
| 11/30/09 | CAP | Telephone conference with Delia Cadle regarding her request to push back depositions until the first week of January | .20 | |
| | | For services rendered | | $1,752.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 11.45 | 1,717.50 |
| Andrew P. Fleming | .20 | 35.00 |
| Total | | $1,752.50 |

| | |
|---|---|
| Total invoice amount | $1,752.50 |
| Previous unpaid balance as of 12/7/09 | 1,885.49 |
| Balance due | $3,637.99 |

Thank you for your last payment in the amount of $1,500.00 received on 8/7/09.

## Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
December 7, 2009
Client No. 05229
Matter No. 101
Invoice No. 15

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

\*\*\*PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
January 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 16

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 12/01/09 | CAP | Review e-mail received from client. 9x4) | .20 | |
| 12/10/09 | APF | Various e-mails w/client | .20 | |
| 12/10/09 | APF | Prep. letter to Dr. Pinard | .30 | |
| 12/22/09 | CAP | Review e-mail received from client. | .20 | |
| 12/28/09 | CAP | Review and revise subpoenas for Kaleida & ECMC. | .40 | |
| 12/29/09 | CAP | Telephone conference with client. | .20 | |
| | | For services rendered | | $237.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 1.00 | 150.00 |
| Andrew P. Fleming | .50 | 87.50 |
| Total | | $237.50 |

| | |
|---|---|
| Total invoice amount | $237.50 |
| Previous unpaid balance as of 1/5/10 | 137.99 |
| Balance due | $375.49 |

Thank you for your last payment in the amount of $3,500.00 received on 1/4/10.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
February 8, 2010
Client No. 05229
Matter No. 101
Invoice No. 17

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 1/08/10 | CAP | Telephone conference with Michael Connors, Esq., attorney at Kaleida regarding our subpoena, indicated boxes will be dropped off on Monday or Tuesday of next week | .20 | |
| 1/11/10 | CAP | Draft email to client regarding discovery documents received | .10 | |
| 1/11/10 | CAP | Deliver discovery documents to client (No Charge) | .30 | |
| 1/12/10 | CAP | Review E-mail from client  and respond to same | .25 | |
| 1/12/10 | CAP | Review and analyze documents received from Women's and Children's in response to the subpoena | .60 | |
| 1/12/10 | CAP | Review E-mail from client  and respond to same | .20 | |
| 1/14/10 | CAP | Review and analyze document response deficiencies and draft letter to Delia regarding same | 1.10 | |
| 1/14/10 | CAP | Review and analyze discovery documents | .35 | |
| 1/15/10 | CAP | Review and analyze discovery documents | 1.70 | |
| 1/18/10 | APF | Prepare for deposition(s); tel. conf. w/client | .60 | |
| 1/19/10 | CAP | Telephone conference with Joe Saeli regarding Karen Swartz's deposition on 1/29 - he will be appearing with her | .25 | |
| 1/19/10 | CAP | Telephone conference with client regarding discovery issues | .20 | |
| 1/21/10 | APF | Telephone conference with Atty. Saeli re Schultz | .20 | |
| 1/21/10 | CAP | Continue reviewing documents in preparation for EBT's | 2.40 | |
| 1/22/10 | APF | Prepare for deposition(s) | 2.00 | |
| 1/23/10 | APF | Further Prep. for Depositions; Meeting w/client | 4.50 | |
| 1/24/10 | CAP | Per APF's request, assemble discovery demands and subsequent correspondence regarding same | .30 | |

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
February 8, 2010
Client No. 05229
Matter No. 101
Invoice No. 17

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

## Invoice

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 1/24/10 | CAP | Review and revise plaintiff's responses to defendant's interrogatory requests | 2.10 | |
| 1/25/10 | APF | Prepare for deposition(s) | .40 | |
| 1/25/10 | APF | Hassett's deposition | 6.50 | |
| 1/26/10 | APF | Prepare for and appear for deposition of Berger; meetings w/client | 7.50 | |
| 1/26/10 | CAP | Review and analyze documents, etc., for purposes of deposition | .35 | |
| 1/29/10 | CAP | Review and revise supplemental document demands | .40 | |
| 1/29/10 | APF | Meeting with client; Swartz Deposition; Meeting w/Client | 2.40 | |
| | | For services rendered | | $5,792.50 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 10.80 | 1,575.00 |
| Andrew P. Fleming | 24.10 | 4,217.50 |
| Total | | $5,792.50 |

| Date | Expenses | Amount |
|------|----------|--------|
| 12/29/09 | Kaleida Health - subpoena | 22.50 |
| 12/29/09 | ECMC - subpoena | 22.50 |
| 1/04/10 | Doug DiFilippo - process service re subpoenas | 100.00 |
| 1/14/10 | Photocopy charge | 23.55 |
| 1/14/10 | Karen Swartz - subpoena | 22.50 |
| 1/20/10 | Doug DiFilippo - process service re subpoena | 50.00 |
| 1/26/10 | Photocopy charge | 25.35 |

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
February 8, 2010
Client No. 05229
Matter No. 101
Invoice No. 17

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Expenses | Amount |
|------|----------|--------|
| 1/29/10 | ECMC - subpoena | 22.50 |
| 1/29/10 | Kaleida Health - subpoena | 22.50 |
| 1/29/10 | VA Medical Center - subpoena | 22.50 |
| 1/29/10 | University at Buffalo - subpoena | 22.50 |
| | Total expenses | $356.40 |
| | | |
| | Total invoice amount | $6,148.90 |
| | Previous unpaid balance as of 2/8/10 | 375.49 |
| | Balance due | $6,524.39 |

Thank you for your last payment in the amount of $3,500.00 received on 1/4/10.


***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075

Tel:  (716) 648-3030

Page 1
March 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 18

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 1/14/10 | LMK | prepare and arrange for service of Subpoena for K. Swarts | .20 | |
| 1/28/10 | LMK | draft plaintiff's responses to production of documents and interrogatories | 1.00 | |
| 1/29/10 | LMK | prepare and serve 5 subpoenas | .75 | |
| 1/29/10 | LMK | revise plaintiffs prod. of docs. | .50 | |
| 1/29/10 | LMK | revisions to responses | 2.00 | |
| 1/29/10 | LMK | prepare and serve Plaintiff's Supplement document requests | 1.00 | |
| 2/02/10 | CAP | Draft letter to Joe Saeli regarding Kaleida's refusal to accept service of the January 29 subpoena | .20 | |
| 2/03/10 | CAP | Telephone conference with Dr. Shick regarding client's case | .25 | |
| 2/03/10 | CAP | Telephone call to  Joe Saeli regarding subpoena issue [No Charge] | .20 | |
| 2/05/10 | CAP | Review and analyze final discovery responses for signature and service | .30 | |
| 2/09/10 | CAP | Telephone conference with Dr. Shick regarding expert report on damages | .20 | |
| 2/10/10 | CAP | Review E-mail from client  and respond to same; review email correspondence from Dr. Shick and respond to same | .30 | |
| 2/10/10 | CAP | Telephone call to  Joe Saeli regarding rejected subpoena | .20 | |
| 2/12/10 | CAP | Review E-mail from client  and Dr. Shick and respond to same | .30 | |
| 2/12/10 | LMK | prepare subpoena for M. Miller; arrange for court reporter and location; arrange for service of subpoena in chicago | .40 | |
| 2/15/10 | CAP | Telephone conference with Dr. Shick | .25 | |
| 2/16/10 | CAP | Prepare expert disclosure, assemble same, draft letter enclosing to opposing counsel | .80 | |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
March 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 18

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 2/16/10 | LMK | Prepare new subpoena for Marsha Miller for Chicago District Court [No Charge] | .20 | |
| 2/17/10 | CAP | Conference with LK and APF regarding written deposition and/or oral deposition of Dr. Keller | .30 | |
| 2/17/10 | APF | Telephone conference with client re strategy & status | .20 | |
| 2/17/10 | APF | Telephone conference with Atty. Carlson of Chicago firm re ACGME Subpoena | .30 | |
| 2/19/10 | CAP | Telephone conference with Jim Arnone from Judge Scott's chambers regarding UB's refusal to comply with the subpoeana | .20 | |
| 2/19/10 | CAP | Telephone call to  Michele Reno at UB regarding refusal to comply with the subpoena | .20 | |
| 2/19/10 | CAP | Draft letter to UB in response to failure to comply with the subpoena | .20 | |
| 2/19/10 | CAP | Draft letter to Reno at UB regarding subpoena | .25 | |
| 2/19/10 | CAP | Research legal precedent and case law regarding 11th amendment immunity and compelling a state agency to comply with a federal subpoena [No Charge] | .60 | |
| 2/21/10 | LC | Research legal precedent and case law regarding subpoena of state in Federal Court.  Conference with CAP. [No Charge] | .75 | |
| 2/22/10 | APF | Prepare for and appear for tel. conf. w/ACGME's attorney [Carlson]; prep. e-mail to client | .25 | |
| 2/22/10 | APF | Telephone conference with client re Carlson phone conf; prep. e-mails to other attorneys and Carlson | .30 | |
| 2/25/10 | APF | Meeting with client to prep. for deposition | 1.75 | |
| 2/26/10 | APF | Client's Deposition | 8.25 | |

### Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
March 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 18

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 2/27/10 | APF | Telephone conference with client [x2] re post-deposition issues | .25 | |
| | | For services rendered | | $3,008.75 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 4.75 | 592.50 |
| Andrew P. Fleming | 11.30 | 1,977.50 |
| Lynn Kozakiewicz | 6.05 | 438.75 |
| Law Clerk | .75 | .00 |
| Total | | $3,008.75 |

| Date | Expenses | Amount |
|------|----------|--------|
| 1/29/10 | UB Office of Graduate - subpoena | 22.50 |
| 2/02/10 | Doug DiFilippo - process service re subpoenas (5) | 150.00 |
| 2/12/10 | LaSalle Process Servers - process of subpoena | 60.00 |
| 2/12/10 | Marsha Miller - subpoena | 22.50 |
| 2/25/10 | Federal Express charges | 29.18 |
| | Total expenses | $284.18 |

| | Amount |
|---|--------|
| Total invoice amount | $3,292.93 |
| Previous unpaid balance as of 3/5/10 | 6,524.39 |
| Balance due | $9,817.32 |

Thank you for your last payment in the amount of $3,500.00 received on 1/4/10.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 4
March 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 18

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

\*\*\*PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
April 6, 2010
Client No. 05229
Matter No. 101
Invoice No. 19

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 3/04/10 | APF | Analyze documents received from Cantwell [Economist's Report]; prep. ltr. to Dr. Schick | .30 | |
| 3/04/10 | APF | Prepare memorandum to CEB re assignments, etc.; prep. e-mail to client | .20 | |
| 3/09/10 | APF | Review client's and Schick's e-mails on economic damage issues | .25 | |
| 3/10/10 | APF | Review and respond to E-mail from  Schick | .20 | |
| 3/10/10 | APF | Various e-mail exchanges with client | .20 | |
| 3/12/10 | APF | Draft letter to client McCann Invoice [No Charge] | .20 | |
| 3/15/10 | LAB | Conference with CAP and Lynn re: discovery. [No Charge] | .20 | |
| 3/15/10 | APF | Prepare for and appear for Completion of Client's Deposition | 3.40 | |
| 3/25/10 | APF | Review and revise Client's ACGME Drafts; e-mails to/fro client | .90 | |
| 3/29/10 | APF | Review and revise documents for ACGME; tel conf w/client | 1.75 | |
| | | For services rendered | | $1,262.00 |

## Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Lisa Ball | .20 | .00 |
| Andrew P. Fleming | 7.40 | 1,262.00 |
| Total | | $1,262.00 |

| Date | Expenses | Amount |
|------|----------|--------|
| 3/18/10 | postage charges | 4.88 |

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
April 6, 2010
Client No. 05229
Matter No. 101
Invoice No. 19

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

## Invoice

U.B. Residency Issue

| Date | Expenses | Amount |
|------|----------|--------|
| 3/24/10 | Wendy McCann - EBT transcript of Karen Swartz | 1,031.30 |
| | Total expenses | $1,036.18 |
| | Total invoice amount | $2,298.18 |

Thank you for your last payment in the amount of $6,000.00 received on 3/16/10.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

Page 1
May 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 20

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 4/12/10 | APF | Draft letter to client original transcript | .20 | |
| 4/13/10 | APF | Prep letter to client re ACGME Findings | .20 | |
| 4/16/10 | CAP | Review and analyze Motions to compel; draft response to same; Review and analyze Raffis' proposed response, etc. | 5.30 | |
| | | For services rendered | | $875.00 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|---|---|---|
| Christen Archer Pierrot | 5.30 | 795.00 |
| Andrew P. Fleming | .40 | 80.00 |
| Total | | $875.00 |

| Date | Expenses | Amount |
|---|---|---|
| 3/31/10 | ECMC - subpoena fee | 22.50 |
| 3/31/10 | Kaleida Health - subpoena fee | 22.50 |
| 4/09/10 | Doug DiFilippo - process service fee | 100.00 |
| 4/14/10 | postage charges | 4.95 |
| | Total expenses | $149.95 |
| | Total invoice amount | $1,024.95 |
| | Previous unpaid balance as of 5/5/10 | 2,070.50 |
| | Balance due | $3,095.45 |

Thank you for your last payment in the amount of $6,000.00 received on 3/16/10.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
May 5, 2010
Client No. 05229
Matter No. 101
Invoice No. 20

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
July 1, 2010
Client No. 05229
Matter No. 101
Invoice No. 21

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 5/24/10 | CAP | Telephone conference with client regarding dispositive motion deadline, etc. | .30 | |
| 5/27/10 | CAP | Draft letter to court | .30 | |
| 6/08/10 | APF | Analyze documents received from client [prposed Rule 56] | .40 | |
| 6/08/10 | APF | Meeting with client, CAP and Tracy | 1.10 | |
| 6/08/10 | CAP | Meeting with client | 1.10 | |
| 6/08/10 | CAP | Draft letter to Court for APF's signature regarding scheduling order | .25 | |
| 6/08/10 | CAP | Draft letter to St. Francis Medical Center enclosing authorization for employment records, etc. | .20 | |
| 6/18/10 | CAP | Telephone conference with client regarding status | .20 | |
| 6/22/10 | CAP | Research legal precedent and case law regarding substantive due process, property interest case law | 3.60 | |
| 6/23/10 | APF | Telephone conference with Jim Arnone of Judge Scott's chambers; prep. e-mail to client | .25 | |
| 6/23/10 | CAP | Research legal precedent and case law regarding due process; begin drafting MOL on procedural due process claim | 3.70 | |
| 6/24/10 | CAP | Telephone conference with client regarding Order extending discovery | .25 | |
| 6/24/10 | CAP | Review and analyze Order extending discovery [No Charge] | .20 | |
| 6/24/10 | CAP | Telephone conference with client regarding Order [No Charge] | .20 | |
| 6/25/10 | APF | Review and respond to e-mail from client | .20 | |

### Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
July 1, 2010
Client No. 05229
Matter No. 101
Invoice No. 21

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 6/28/10 | CAP | Review and analyze our motion to compel, court's order and defendants' subsequent discovery responses in an effort to draft a request to the Court regarding defendants' still outstanding discovery responses; outline deficiencies, conference with LK regarding documents in file; begin drafting response to February 2010 document demands | 3.80 | |
| 6/28/10 | CAP | Draft email to client regarding motion for reconsideration | .25 | |
| 6/29/10 | CAP | Telephone conference with client | .30 | |
| | | For services rendered | | $2,521.25 |

#### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 14.65 | 2,137.50 |
| Andrew P. Fleming | 1.95 | 383.75 |
| Total | | $2,521.25 |

| Date | Expenses | Amount |
|------|----------|--------|
| 5/07/10 | Federal Express charge | 49.56 |
| | Total expenses | $49.56 |
| | Total invoice amount | $2,570.81 |

Thank you for your last payment in the amount of $3,095.45 received on 5/21/10.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
July 1, 2010
Client No. 05229
Matter No. 101
Invoice No. 21

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

  ***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075

Tel:  (716) 648-3030

Page 1
August 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 22

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 7/06/10 | CAP | Review and revise interrogatory responses with Raffi; discuss discovery responses | .90 | |
| 7/06/10 | CAP | Review and revise interrogatory responses | 1.10 | |
| 7/08/10 | CAP | Review and analyze documents, proposed exhibits, etc. to begin assembling same for Interrogatory and Document Demand responses | 3.40 | |
| 7/08/10 | CAP | Draft supplemental Interrogatory responses, document responses and draft to Cantwell document responses | 4.90 | |
| 7/08/10 | CAP | Meeting with client to go over discovery responses | 3.20 | |
| 7/09/10 | CAP | Telephone conference with client | .20 | |
| 7/09/10 | CAP | Telephone conference with client | .20 | |
| 7/09/10 | CAP | Review and revise discovery responses | .30 | |
| 7/09/10 | CAP | Draft letter to counsel enclosing discovery responses | .20 | |
| 7/14/10 | LMK | Worked and copying and assembly of various documents. | 4.50 | |
| 7/14/10 | LMK | Travel to opposing counsel's office for hand delivery of documents. | .50 | |
| 7/19/10 | CAP | Telephone conference with Dr. Benotti regarding residency correspondence | .20 | |
| 7/23/10 | APF | Appear for deposition(s) | 3.10 | |
| 7/26/10 | CAP | Telephone conference with Delia regarding "Medicare" authorization regarding emotional distress claim -- indicated that we were not pursuing such a claim and she directed me to ignore the request for info then | .20 | |
| | | For services rendered | | $3,265.00 |

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
August 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 22

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

## Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 14.80 | 2,220.00 |
| Andrew P. Fleming | 3.10 | 620.00 |
| Lynn Kozakiewicz | 5.00 | 425.00 |
| Total | | $3,265.00 |

| Date | Expenses | Amount |
|------|----------|--------|
| 7/12/10 | Photocopy charge | 524.40 |
| | Total expenses | $524.40 |
| | Total invoice amount | $3,789.40 |
| | Previous unpaid balance as of 8/3/10 | 2,570.81 |
| | Balance due | $6,360.21 |

Thank you for your last payment in the amount of $3,095.45 received on 5/21/10.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
September 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 23

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 8/10/10 | CAP | Research legal precedent and case law regarding due process, pre and post termination procedures and refusal to abide by grievance outcomes, etc. | 3.23 | |
| 8/12/10 | CAP | Research legal precedent and case law regarding case law, etc. to draft memo of law | 3.20 | |
| 8/18/10 | CAP | Research legal precedent and case law regarding substantive due process; shepardize case law, etc. | 2.10 | |
| 8/18/10 | CAP | Research legal precedent and case law regarding breach of contract claims and when summary judgment is appropriate | 1.90 | |
| 8/18/10 | CAP | Review and revise Statement of Facts; itemize various exhibits for Lynn to assemble from file | 4.60 | |
| 8/20/10 | CAP | Research legal precedent and case law regarding, Review and analyze case law, draft memo of law | 6.10 | |
| 8/24/10 | CAP | Review and revise and continue drafting memorandum of law | 4.10 | |
| 8/24/10 | CAP | Review and revise Memo of law, continue legal research; Review E-mail from client  and respond to same (x2) | 5.30 | |
| 8/25/10 | CAP | Review and analyze case law provided by client; draft email to client re: same; continue reviewing/implementing client proposed edits | 1.47 | |
| 8/26/10 | CAP | Continue legal research, reviewing client based edits, responding to same and revising memo of law | 3.40 | |
| 8/26/10 | CAP | Review and revise memo of law to final draft 3 and send same to client | 1.20 | |
| 8/27/10 | CAP | Review and revise memo of law for APF's review; Review and analyze client's proposed changes to statement of facts and email him re: same | 3.20 | |
| 8/27/10 | APF | Review and revise motion documents. | 1.10 | |
| 8/30/10 | CAP | Review and revise Memo of Law with APF's edits | .80 | |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York 14075
Tel: (716) 648-3030

Page 2
September 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 23

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 8/30/10 | CAP | Review and revise Plaintiff affidavit for Plaintiff's review; email him same | .90 | |
| 8/30/10 | CAP | Review and analyze client's proposed edits to Statement of Facts | .40 | |
| 8/30/10 | CAP | Pull unpublished case law for filing | .30 | |
| 8/30/10 | CAP | Organize electronic directory | .50 | |
| 8/30/10 | CAP | Review and analyze UMRS's motion for SJ; begin pulling case law cited in same | .90 | |
| 8/30/10 | CAP | Review and revise statement of facts to final; work with LMK to organize and assemble exhibits | 2.80 | |
| 8/30/10 | BSS | retrieve and print cases cited by Defendants in MOL. | .50 | |
| 8/30/10 | CAP | Fill in remaining citations and exhibit blanks in documents and email same to client | .30 | |
| 8/30/10 | CAP | Continue reviewing memo of law and pulling case law | .32 | |
| 8/30/10 | CAP | Prepare certificate of service; and notice of motion | .90 | |
| 8/31/10 | CEB | Prepare Exhibits for Motion | 1.00 | |
| | | For services rendered | | $8,294.30 |

## Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 47.92 | 7,906.80 |
| Cori Bolt | 1.00 | 85.00 |
| Andrew P. Fleming | 1.10 | 220.00 |
| Brent Salevsky | .50 | 82.50 |
| Total | | $8,294.30 |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
September 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 23

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Expenses | Amount |
|------|----------|--------|
| 8/23/10 | Pacer - court searches | .64 |
| | Total expenses | $.64 |
| | | |
| | Total invoice amount | $8,294.94 |
| | Previous unpaid balance as of 9/3/10 | 3,860.21 |
| | Balance due | $12,155.15 |

Thank you for your last payment in the amount of $2,500.00 received on 8/13/10.


***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
October 4, 2010
Client No. 05229
Matter No. 101
Invoice No. 24

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 8/24/10 | LMK | Work on exhibits for motion; edits to motion documents | 1.10 | |
| 8/25/10 | LMK | worked on gathering exibits to motion; worked with client on further edits to motion documents. | 2.20 | |
| 8/26/10 | LMK | worked on motion documents.  contined edits to same and gathering of further exhibits. | 1.40 | |
| 8/27/10 | LMK | revisions to motion documents, finalizing of exhibits. | 1.50 | |
| 8/30/10 | LMK | Finalized edits to motion. Prepared document and exhibits for electronic filing. | 2.30 | |
| 9/21/10 | CAP | Review and analyze client prepared documents in opposition to motion(s) for summary judgment | 1.75 | |
| 9/22/10 | CAP | Prepare objections to UMRS SOF | 2.80 | |
| 9/23/10 | CAP | Review and revise UMRS objections to statement of facts; Review and revise client prepared UMRS memo of law | 3.90 | |
| 9/24/10 | CAP | Review and revise UMRS memo of law and statement of facts to final draft | 4.10 | |
| 9/24/10 | CAP | Review and analyze UB's motion for summary judgment; Review and revise client work product regarding same | 1.90 | |
| 9/25/10 | CAP | Continue preparing response to UB's motion | 6.40 | |
| 9/26/10 | CAP | Review and revise SOF through Paragraph 62 | 4.10 | |
| 9/26/10 | CAP | Review and revise SOF through paragraph 80 | 4.60 | |
| 9/27/10 | CAP | Review and revise SOFs/MOLs/Plaintiff Dec with client edits; Research legal precedent and case law regarding tortious interference, prep same in MOL; Research legal precedent and case law regarding qualified immunity | 8.00 | |
| 9/27/10 | CEB | Review and revise Responses to SJ | 1.30 | |

# Chiacchia & Fleming, LLP

5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 2
October 4, 2010
Client No. 05229
Matter No. 101
Invoice No. 24

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 9/27/10 | MED | Scanning of exhibits for summary judgment responses; converting docs in preparation for e-filing | 1.10 | |
| | | For services rendered | | $7,122.25 |

### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 37.55 | 6,195.75 |
| Cori Bolt | 1.30 | 110.50 |
| Maria Dolan | 1.10 | 93.50 |
| Lynn Kozakiewicz | 8.50 | 722.50 |
| Total | | $7,122.25 |

| Date | Expenses | Amount |
|------|----------|--------|
| 9/01/10 | postage charges | 17.17 |
| | Total expenses | $17.17 |

| | |
|---|---|
| Total invoice amount | $7,139.42 |
| Previous unpaid balance as of 10/4/10 | 7,155.15 |
| Balance due | $14,294.57 |

Thank you for your last payment in the amount of $2,500.00 received on 10/1/10.

**\*\*\*PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.**

# Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 3
October 4, 2010
Client No. 05229
Matter No. 101
Invoice No. 24

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

### Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, New York  14075
Tel:  (716) 648-3030

Page 1
November 3, 2010
Client No. 05229
Matter No. 101
Invoice No. 25

Raffi Barsoumian
673 Orangeburgh Road
Rivervale, NJ 07675

**Invoice**

U.B. Residency Issue

| Date | Initials | Professional Services | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 10/12/10 | CAP | Review and revise client's reply papers | 6.50 | |
| | | For services rendered | | $1,072.50 |

#### Recapitulation of Professional Services

| Name | Hours | Amount |
|------|-------|--------|
| Christen Archer Pierrot | 6.50 | 1,072.50 |
| Total | | $1,072.50 |

| Date | Expenses | Amount |
|------|----------|--------|
| 10/13/10 | postage charges | 7.95 |
| 10/25/10 | postage charges | 8.02 |
| | Total expenses | $15.97 |

| | | |
|------|----------|--------|
| | Total invoice amount | $1,088.47 |
| | Previous unpaid balance as of 11/3/10 | 14,294.57 |
| | Balance due | $15,383.04 |

Thank you for your last payment in the amount of $2,500.00 received on 10/1/10.

***PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.  ALSO, FOR YOUR
CONVENIENCE, CHIACCHIA & FLEMING, LLP ACCEPTS VISA OR MASTERCARD.

# CHIACCHIA & FLEMING, LLP

5113 South Park Avenue
Hamburg, NY 14075
716-648-3030
www.personalinjury317.com

Raffi Barsoumian                                                         July 13, 2012
Syosset, NY 11791


In Reference To: U.B. Residency Issue
Invoice No.:      10642
Client No.:       05229.101

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2011 | APF | Telephone conference with Mediator to cut it off and have her file | 0.20<br>175.00/hr | 35.00 |
| 7/18/2011 | CAP | Draft motion to seal or limit nonparty access | 0.90<br>165.00/hr | 148.50 |
| 3/19/2012 | CAP | Review and analyze Decision; Telephone call with Raffi regarding same | 0.50<br>185.00/hr | 92.50 |
| 3/21/2012 | CAP | Telephone conference with Raffi regarding decision, strategy, etc. | 0.60<br>185.00/hr | 111.00 |
| 3/22/2012 | CAP | Research legal precedent and case law regarding time to file motion to reconsider | 0.30<br>185.00/hr | 55.50 |
| 3/22/2012 | CAP | Telephone conference with client; draft memo to APF regarding same | 0.80<br>185.00/hr | 148.00 |
| 3/26/2012 | APF | Meeting w/client | 1.20<br>250.00/hr | 300.00 |
| 3/26/2012 | CAP | Meeting with client to discuss strategy | 1.30<br>185.00/hr | 240.50 |
| 3/26/2012 | CAP | Research legal precedent and case law regarding time frame for filing motion and NOA | 0.25<br>185.00/hr | 46.25 |
| 4/2/2012 | CAP | Telephone conference with client | 0.25<br>185.00/hr | 46.25 |
| 4/10/2012 | CAP | Review and analyze Fax document received from UB; Review and analyze documents received from Raffi | 1.92<br>185.00/hr | 354.38 |

Raffi Barsoumian                                                                                    Page    2
U.B. Residency Issue
05229.101

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/13/2012 CAP | Review and analyze arguments on motion; former pleadings, exhibits, etc. | 1.70 185.00/hr | 314.50 |
| 4/13/2012 CAP | Draft Notice of Motion; Attorney Affidavit | 1.30 185.00/hr | 240.50 |
| 4/14/2012 CAP | Continue to Review and analyze client's information on qualified immunity motion; Review and revise arguments on probation; draft email to client regarding status | 1.40 185.00/hr | 259.00 |
| 4/16/2012 CAP | Review and revise motion; analyze issues on motion, appeal, etc.; Telephone conference with  client; Review and revise motion; Meeting with client | 3.10 185.00/hr | 573.50 |
| 4/20/2012 CAP | Telephone conference with  client regarding status of case | 0.25 185.00/hr | 46.25 |
| 5/1/2012 CAP | Receive e-mail from client and respond to same; Research legal precedent and case law regarding appellate jurisdiction; draft Forms C and D and Addendums thereto | 3.10 185.00/hr | 573.50 |
| 5/14/2012 CAP | Review and analyze and revise Plaintiff's emails, attachments, motion responses; Review and analyze Defendants' motions responses; draft response to same; assemble exhibits, various communications with client, e-file. | 7.90 185.00/hr | 1,461.50 |
| 5/17/2012 APF | Meeting w/Client and CAP | 1.00 250.00/hr | 250.00 |
| 5/17/2012 CAP | Meeting with client | 1.75 185.00/hr | 323.75 |
| 5/18/2012 CAP | Review and analyze notes and draft letter to Sleight | 0.90 185.00/hr | 166.50 |
| 5/18/2012 CAP | draft supplemental attorney affidavit attaching plan of probation for court's review | 0.50 185.00/hr | 92.50 |
| 5/21/2012 CAP | Receive e-mail from client and Review and analyze documents; Review and analyze correspondence from Sleight | 1.90 185.00/hr | 351.50 |
| 5/23/2012 CAP | Review and analyze proposed letter to Berger; email client regarding same | 0.30 185.00/hr | 55.50 |
| 5/24/2012 CAP | Review and revise client's draft letter to sleight | 0.80 185.00/hr | 148.00 |
| 5/25/2012 CAP | Research legal precedent and case law regarding Martinson and Zwick student due process cases | 0.70 185.00/hr | 129.50 |

Raffi Barsoumian                                                                                          Page     3
U.B. Residency Issue
05229.101

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2012 CAP | Telephone conference with  David Sleight regarding sexual harassment grievance | | 0.25<br>185.00/hr | 46.25 |
| 6/7/2012 CAP | draft email to client | | 0.20<br>185.00/hr | 37.00 |
| 6/19/2012 CAP | Telephone conference with  client | | 0.20<br>185.00/hr | 37.00 |
| 6/24/2012 APF | Meeting w/CAP and Client | | 1.50<br>250.00/hr | 375.00 |
| 6/24/2012 CAP | Prepare for and meet with client to discuss case strategies and filings; begin drafting papers re: same | | 4.30<br>185.00/hr | 795.50 |
| 6/25/2012 CAP | complete attorney affidavit; Review and analyze of Berger's affidavit and exhibits and email same to client and APF for review | | 1.60<br>185.00/hr | 296.00 |
| 7/2/2012 BS | Conduct legal research regarding FRCP Rule 65 and case law interpreting likelihood of success on merits and 2d Circuit's recent application of rule | | 2.60<br>150.00/hr | 390.00 |
| 7/3/2012 CAP | Research legal precedent and case law regarding FRCP 65; case law on TRO; local and individual judge's rules on Rule 65 practice; Review and analyze same and draft pleadings (attorney affirmation, memorandum of law, notice of application, proposed order on application, and exhibits) | | 12.30<br>185.00/hr | 2,275.50 |
| 7/3/2012 BS | Conference with CAP re Ex PAret Motion. Conduct legal research for case law supporting Motion. | | 0.70<br>150.00/hr | 105.00 |
| 7/3/2012 BS | Travel to Federal Court; file ex parte motion and serve same on Judge. | | 0.50<br>150.00/hr | 75.00 |
| 7/9/2012 CAP | Telephone conference with  client (x2) | | 0.30<br>185.00/hr | 55.50 |
| 7/9/2012 CAP | Review and analyze letter from Sleight regarding grievance rights; arrange for same to be emailed to client | | 0.20<br>185.00/hr | 37.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew P. Fleming | 3.70 | 250.00 | $925.00 |
| Andrew P. Fleming | 0.20 | 175.00 | $35.00 |
| Brent Salevsky | 3.80 | 150.00 | $570.00 |
| Christen Archer Pierrot | 50.87 | 185.00 | $9,410.13 |
| Christen Archer Pierrot | 0.90 | 165.00 | $148.50 |

|  | | | |
|---|---|---|---|
| **For professional services rendered** | **59.47** | | **$11,088.63** |

Raffi Barsoumian                                              Page    4
U.B. Residency Issue
05229.101

Costs/Disbursements:

|  |  | Amount |
|---|---|---:|
| 4/18/2012 | USDC/NYW - Notice of Appeal filing | 455.00 |
| 7/6/2012 | Old Tappan Medical Group -- medical records | 50.00 |
| | **Total costs/disbursements** | **$505.00** |
| | **Total amount of this bill** | **$11,593.63** |
| 7/13/2012 | Payment from account | ($10,000.00) |
| | **Total payments and adjustments** | **($10,000.00)** |
| | Balance due | $1,593.63 |

Interest will be charged at a rate of 9% per annum on all balances past 30 days.

PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.
For your convenience, Chiacchia & Fleming, LLP also accepts Visa and/or Mastercard.

Client funds transactions

| | | |
|---|---|---:|
| | **Previous balance of Default** | **$0.00** |
| 5/1/2012 | Payment to account Check #480 | $10,000.00 |
| | Raffi Barsoumian | |
| | . Check No. 480 | |
| 7/13/2012 | Payment from account | ($10,000.00) |
| | **New balance of Default** | **$0.00** |

# CHIACCHIA & FLEMING, LLP

5113 South Park Avenue
Hamburg, NY 14075
716-648-3030
www.personalinjury317.com

Raffi Barsoumian                                                    August 08, 2012
Syosset, NY 11791

In Reference To: U.B. Residency Issue
Invoice No.:      10716
Client No.:       05229.101

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2012 | CAP | Prepare and appear for teleconference | 1.60 150.00/hr | 240.00 |
| 7/16/2012 | CAP | Prepare Stipulation and send to other side | 0.50 150.00/hr | 75.00 |
| 7/18/2012 | CAP | Prepare ECMCC submission; Review and revise client's drafts | 2.80 150.00/hr | 420.00 |
| 7/19/2012 | CAP | Review and revise letter to final | 0.30 150.00/hr | 45.00 |
| 7/31/2012 | CAP | Review and analyze Decision and Order on Motion for Reconsideration | 0.25 150.00/hr | 37.50 |
| 8/1/2012 | CAP | Telephone conference with  client regarding probation, grievance, proposal, ACGME, etc. | 0.75 150.00/hr | 112.50 |
| 8/1/2012 | CAP | Telephone conference with  client regarding status | 0.75 150.00/hr | 112.50 |
| 8/5/2012 | CAP | Meeting with client and Draft letter to ACGME regarding residency training | 0.80 150.00/hr | 120.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christen Archer Pierrot | 7.75 | 150.00 | $1,162.50 |
| **For professional services rendered** | **7.75** | | **$1,162.50** |

Raffi Barsoumian
U.B. Residency Issue
05229.101

Costs/Disbursements:

|  | Amount |
|---|---|
| 7/19/2012  Photocopy charge | 8.10 |
| **Total costs/disbursements** | **$8.10** |
| | |
| **Total amount of this bill** | **$1,170.60** |
| **Previous balance** | **$1,593.63** |
| Accounts receivable transactions | |
| 8/3/2012  VISA Payment - Thank You | ($1,593.63) |
| **Total payments and adjustments** | **($1,593.63)** |
| | |
| Balance due | $1,170.60 |

Interest will be charged at a rate of 9% per annum on all balances past 30 days.

PLEASE MAKE CHECKS PAYABLE TO CHIACCHIA & FLEMING, LLP.
For your convenience, Chiacchia & Fleming, LLP also accepts Visa and/or Mastercard.