UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RAFFI BARSOUMIAN, M.D.,

                                  Plaintiff,    **AFFIDAVIT OF RAFFI BARSOUMIAN, M.D. IN SUPPORT OF MOTION FOR FEES**

      - vs. -

UNIVERSITY AT BUFFALO THE STATE
UNIVERSITY OF NEW YORK OF MEDICINE
AND BIOMEDICAL SCIENCES,

                                                       Civil No.: 06 CV-831(S)

UNIVERSITY MEDICAL RESIDENT
SERVICES, P.C.,

ROSEANNE BERGER, M.D.,
Individually and as Senior Associate
Dean of Graduate Medical Education,

JAMES HASSETT, M.D.,
Individually and as Program
Director of the Department of Surgery,
and

ROGER SEIBEL, M.D.,
Individually and as Professor of
Surgery in the Department of Surgery

                            Defendants.

---

      RAFFI BARSOUMIAN, M.D., being duly sworn, hereby affirms and says that:

      1.      I am the Plaintiff in the above-referenced action.

      2.      During the litigation of this matter, and after the action was commenced on November 16, 2006, I incurred various out of pocket litigation expenses. I directly paid a court reporter $2,011.30. I also incurred out of pocket expenses when I directly paid for mediation

services relative to this litigation which were rendered on October 7, 2009. Documentation reflecting payment of said expenses directly is attached hereto as Exhibit "A". Though the invoices of Wendy Royce McCann, Court Reporter, are addressed to my attorney, my attorney gave these bills to me to pay directly and I did pay Ms. McCann directly. With regard to the mediation expenses, I paid $1,545.39 for same on December 21, 2009 via credit card.

RAFFI BARSOUMIAN

Sworn to before me
7th day of August, 2013

Notary Public

LISA A. POCH
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 4/13/2017