Exhibit A

WENDY ROYCE MCCANN

ORIGINAL

# Invoice

COURT REPORTER
250 Long Avenue
Hamburg, NY 14075
(716) 649-6934

| Date | Invoice # |
|---|---|
| 2/23/2010 | 189 |

| Bill To |
|---|
| ANDREW P. FLEMING, ESQ.<br>CHIACCHIA & FLEMING, LLP<br>5113 SOUTH PARK AVENUE<br>HAMBURG, NEW YORK  14075 |

| Description | Amount |
|---|---|
| TRANSCRIPT OF EXAMINATION BEFORE TRIAL OF DR. JAMES HASSETT HELD ON 1/25/10.  IN THE MATTER RE:  RAFFI BARSOUMIAN -VS- UNIERSITY OF BUFALO AT AL | 980.00 |

*PAID IN FULL*

Wendy Royce McCann
ID # 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

**Total**  $980.00

WENDY ROYCE MCCANN  **Invoice**

COURT REPORTER
250 Long Avenue
Hamburg, NY 14075
(716) 649-6934

| Date | Invoice # |
|---|---|
| 3/15/2010 | 222 |

| Bill To |
|---|
| ANDREW P. FLEMING, ESQ.<br>CHIACCHIA & FLEMING, LLP<br>5113 SOUTH PARK AVENUE<br>HAMBURG, NEW YORK  14075 |

| Description | Amount |
|---|---|
| IN THE MATTER RE RAFFI BARSOUMIAN, M.D. -VS- UNIVERSITY OF BUFFALO ET AL - TRANSCRIPT OF EXAMINATION BEFORE TRIAL OF ROSEANNE BERGER, M.D. HELD ON 1/26/10 | 872.00 |
| TRANSCRIPT OF EXAMINATION BEFORE TRIAL OF KAREN A. SWARTZ HELD ON 1/29/10 | 159.30 |

PAID IN FULL

Wendy Royce McCann
ID # 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

**Total** $1,031.30

**MATTAR, D'AGOSTINO & GOTTLIEB, LLP**
17 Court Street - Suite 600
Buffalo, New York 14202-3294
(716) 856-4022

December 15, 2009

Delia D. Cadle, Esq.  
Assistant Attorney General  
State of New York  
Office of the Attorney General  
Buffalo Regional Office  
350 Main Street, Suite 300A  
Buffalo, New York 14202  

Andrew P. Fleming, Esq.  
Christen Archer Pierrot, Esq.  
Chiacchia & Fleming, LLP  
5113 South Park Avenue  
Hamburg, New York 14075  

Earl K. Cantwell, Esq.  
Hurwitz & Fine, P.C.  
1300 Liberty Building  
Buffalo, New York 14202  

PLEASE REMIT THIS COPY WITH PAYMENT

File No.:   15142-I3  
Re:         Barsoumian v. UB, et al  

---

*Professional Services Rendered 11/1/09 through 11/30/09*

---

| | |
|---|---:|
| Mediation proceedings after the 10/7/09 initial mediation | $3,937.50 |
| Disbursements | $37.11 |
| **TOTAL DUE FIRM** | **$3,974.61** |
| | |
| 1/3 Raffi Barsoumian (11-1-09 to 11-30-09) | $1,324.87 |
| Previous Balance (8-1-09 to 10-31-09) | $220.52 |
| **Total due from Barsoumian** | **$1,545.39** |
| | |
| 1/3 UB/SUNY/Berger/Hassett/Seibel (11-1-09 to 11-30-09) | $1,324.87 |
| Previous Balance (8-1-09 to 10-31-09) | $220.52 |
| **Total due from UB/SUNY/Berger/Hassett/Seibel** | **$1,545.39** |
| | |
| 1/3 University Medical Resident Services (11-1-09 to 11-30-09) | $1,324.87 |
| **Total due from UMRS** | **$1,324.87** |

*Krista Gottlieb, Esq.*

*We are pleased to announce that for your
convenience we now accept
Visa or Mastercard*

SALES DRAFT

KATTAR & DIAGOSTINO LL
17 COURT ST. STE 600
BUFFALO, NY 14202
TERMINAL 2696922

911200740882
12/21/09 04:32PM
VISA
XX XXXXXXXX2834
INVOICE    11501 02
AUTH CODE  053232

SALE TOTAL              $1545.39

CUSTOMER COPY