UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RAFFI BARSOUMIAN, M.D.,

                           Plaintiff,           **CERTIFICATE OF SERVICE**

-v-

                                                    Case No.: 06-CV-0831E

UNIVERSITY AT BUFFALO THE STATE
UNIVERSITY OF NEW YORK SCHOOL
OF MEDICINE AND BIOMEDICAL SCIENCES,

UNIVERSITY MEDICAL RESIDENT SERVICES, P.C.,

ROSEANNE BERGER, M.D.,
Individually and as Senior Associate
Dean of Graduate Medical Education,

JAMES HASSETT, M.D.,
Individually and as Program
Director of the Department of Surgery,
and

ROGER SEIBEL, M.D.,
Individually and as Professor of
Surgery in the Department of Surgery

                           Defendants.
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2013, I caused to be electronically filed Plaintiff's Motion for Attorneys' Fees and Costs with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

David Sleight: david.sleight@oag.state.ny.us, rowena.pelenio@ag.ny.gov

Earl K. Cantwell: ekc@hurwitzfine.com, kathik@hurwitzfine.com, bryanak@hurwitzfine.com

And that there are no non-CM/ECF participants.

                                              /s/ Christen Archer Pierrot, Esq.
                                              Christen Archer Pierrot, Esq.
                                              Chiacchia & Fleming, LLP
                                              *Attorneys for Plaintiff*
                                              5113 South Park Avenue
                                              Hamburg, New York 14075
                                              Telephone: (716) 648-3030
                                              cap@cf-legal.com